## **EXHIBIT A**





2
EXHIBIT A