







































































































