# Schedule A





2