IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARP SHIRTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Case No. 1:24-cv-01319 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendants Snatelows (Seller ID: A832L8X30MJDY) (Def #29), and LZTENRETO (Seller ID: A1X2357MAW0ISF) (Def #26) (collectively, "Defendants") have reached a settlement as to all claims at issue in this case asserted against the Defendants identified herein only. Accordingly, Plaintiff hereby voluntarily dismisses its claims against Defendants identified herein only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Temporary Restraining Order (ECF 9) is automatically dissolved against Defendants identified herein only. The Temporary Restraining Order (ECF 9) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: April 12, 2024

Respectfully submitted,

*/s/ Mackenzie Paladino*
Mackenzie Paladino, Esq. (Bar No. 6342560)
DONIGER / BURROUGHS
mpaladino@donigerlawfirm.com
Attorney for Plaintiff