IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARP SHIRTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 24-cv-1319<br><br>**Judge Elaine E. Bucklo**<br>**Magistrate Judge** |

**STIPULATION AND [PROPOSED] ORDER MODIFYING
PRELIMINARY INJUNCTION ORDER AS TO CERTAIN DEFENDANTS**

WHEREAS, the Court entered a Temporary Restraining Order ("TRO") (Dkt. 8) on March 27, 2024 freezing the accounts of Defendants DOE #20 d/b/a "Adicreat", DOE #25 d/b/a "NEWISTAR" (Seller ID: A2OAVLPC5I6WZX), DOE #31 d/b/a "Blueplus", DOE #34 d/b/a "Sunidoor", DOE #39 d/b/a "Aflycatus", and DOE #45 d/b/a "Belovedtee" (collectively, "Defendants") and providing additional relief to Plaintiff, Sharp Shirter, Inc., (individually, "Sharp Shirter;" with Defendants, the "Parties");

WHEREAS, on April 15, 2024, the Court extended the TRO until April 24, 2024 (Dkt. 15)

WHEREAS, on April 15, 2024, Defendants filed a Request for Hearing on the Ex Parte TRO extension to address the validity and scope of the TRO (Dkt. 16);

WHEREAS, the Parties have since discussed the validity and scope of the TRO and have agreed that the TRO and subsequent extension is valid and proper;

WHEREAS, the Parties have now agreed to the below modification as to the amount restrained under the terms of the TRO Order (Dkt. 9) out of an effort to compromise;

WHEREAS, the Defendants' Request for Hearing (Dkt. 16) is now withdrawn;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and subject to the approval of the Court, that the TRO Order (Dkt. 9), and subsequent Preliminary Injunction that may allow for continued asset restraint, if any, be modified as follows:

The quantum of funds frozen as it relates to Defendant DOE #20 d/b/a "Adicreat" (Seller ID: A2F1JYFC2B4EC0) shall be limited to twenty three thousand United States dollars ($23,000.00).

The quantum of funds frozen as it relates to Defendant DOE #25 d/b/a "NEWISTAR" (Seller ID: A2OAVLPC5I6WZX) shall be limited to seven thousand United States dollars ($7,000.00).

The quantum of funds frozen as it relates to Defendant DOE #31 d/b/a "Blueplus" (Seller ID: A2PZHHKM7EMWNL) shall be limited to thirty thousand United States dollars ($30,000.00).

The quantum of funds frozen as it relates to Defendant DOE #34 d/b/a "Sunidoor" (Seller ID: A3I3300BNHT4BV) shall be limited to thirty eight thousand United States dollars ($38,000.00).

The quantum of funds frozen as it relates to Defendant DOE #39 d/b/a "Aflycactus" (Seller ID: A18OBFTIZSM6IS) shall be limited to thirteen thousand United States dollars ($13,000.00).

The quantum of funds frozen as it related to Defendant DOE #45 d/b/a "Belovedtee" (Seller ID: A1IIBXEZNFWZ2W) shall be limited to thirty two thousand United States dollars ($32,000.00).

Stipulated to:

Date: April 19, 2024

*/s/ Mackenzie Paladino*
Mackenzie Paladino, Esq. (Bar No. 6342560)
**DONIGER / BURROUGHS**
247 Water Street, First Floor
New York, New York 10038
mpaladino@donigerlawfirm.com
(310) 590-1820
*Attorneys for Plaintiff*

Date: April 19, 2024

*/s/ David Silver*
David Silver, Esq.
**Bayramoglu Law Offices, LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
david@bayramoglu-legal.com
(702) 462-5973
*Attorney for Defendants*

DATED:_____

**SO ORDERED:**

_____
Elaine E. Bucklo
United States District Judge