IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARP SHIRTER, INC., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 24-cv-01319<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL AS TO DEFENDANT #13 ATRIPPY ONLY

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Atrippy (Def. No. 13) (Seller ID: A3HOT0WUH920E8) ("Atrippy") have reached a settlement as to all claims at issue in this case asserted against Atrippy only. Accordingly, Plaintiff in the above referenced voluntary dismisses its claims against only Atrippy, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary Injunction Order (ECF 28) is automatically dissolved against Atrippy only. The Preliminary Injunction Order (ECF 28) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: May 30, 2024

Respectfully submitted,

*/s/ Mackenzie Paladino*
*Mackenzie Paladino, Esq. (Bar No. 6342560)*
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
mpaladino@donigerlawfirm.com
(310) 590-1820
Attorney for Plaintiff