**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHARP SHIRTER, INC., | Case No. 1:24-cv-01319 |
| Plaintiff, | **Judge April M. Perry** |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff, SHARP SHIRTER, INC., ("Sharp Shirter") having filed its Complaint for Copyright Infringement, now moves the Court for an Entry of Default and Default Judgment under Fed. R. Civ. P. 55 (the "Default Motion") against Defendant No. 14 LARTEEN (Seller ID ACRX71HLXNWM9) as stated in the operative Schedule A to Sharp Shirter's Complaint.

This motion is based upon the accompanying Declaration by Trevor W. Barrett, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in the above-captioned action, and other evidence that may be presented by Plaintiff at the hearing on this motion.

DATED: March 17, 2025

Respectfully submitted,

 */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
tbarrett@donigerlawfirm.com
(310) 590-1820
*Attorney for Plaintiff*